UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE A. HADDOCK,

    Plaintiff,

v.

                              Case No. 21-cv-12395
                              Hon. Matthew F. Leitman

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.
_____/

## ORDER SETTING PERIOD FOR LIMITED DISCOVERY

As discussed on the record during the status conference that the Court held on November 30, 2022, the parties shall conduct limited discovery until February 3, 2023. The Court will thereafter convene a status conference over video conferencing.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  November 30, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
